# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COLETTE J. SELLE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:14-cv-01543 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) Magistrate Judge Bryant |
| Defendant. | ) |

## O R D E R

On September 14, 2015, the magistrate judge issued a Report and Recommendation (DE #17). The defendant has notified the court that it will not be filing objections to the Report and Recommendation, which is therefore, ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (DE #13) is GRANTED, the decision of the Social Security Administration is REVERSED, and this case is REMANDED for further administrative proceedings consistent with the findings in the Report and Recommendation.

It is so **ORDERED**.

ENTER this 23rd day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge